AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

KARLIS WRIGHT

V.

HYUNDAI MOTOR MANUFACTURING
ALABAMA, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-61

TO: (Name and address of Defendant)

HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC
C/O GINGER LOY - LEGAL DEPARTMENT
700 HYUNDAI BOULEVARD
MONTGOMERY, ALABAMA 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEITH ANDERSON NELMS
ANDERSON NELMS & ASSOCIATES, LLC
847 SOUTH MCDONOUGH STREET, SUITE 100
MONTGOMERY, ALABAMA 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                          2-4-08

CLERK                                        DATE

(By) DEPUTY CLERK