## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **KARLIS WRIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action No.:** _____ |
| **HYUNDAI MOTOR MANUFACTURING** | ) | **Jury Trial Demanded** |
| **ALABAMA, LLC, a limited liability** | ) | |
| **corporation licensed in the State of Alabama,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Karlis Wright</u>, <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                         <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____

<u>February 4, 2008</u>                                        <u>/s/ K. Anderson Nelms</u>
           Date                                                              Counsel

                                                                      <u>Karlis Wright</u>
                                                                      Counsel for Karlis Wright

                                                                      <u>847 So. McDonough Street</u>
                                                                      <u>Montgomery, Alabama 36104</u>
                                                                      Address, City, State Zip Code

_____        <u>(334) 263-7733</u>
                                                                      Telephone Number

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Keith Anderson Nelms, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 4th day of February 2008, to:

Ginger Loy
Legal Department
Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36104


February 4, 2008                          /s/ K. Anderson Nelms
Date                                       Signature