- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X Rob Vaughn ☒ Agent ☐ Addressee

B. Received by (Printed Name): Robin Vaughn
C. Date of Delivery: 2/5/08

1. Article Addressed to:

dai Motor Manufacturing Alabama, LLC
inger Loy - Legal Dept
lyundai Boulevard
gomery, AL 36104

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:08CV61
SRW
(20)

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0003 7317 0686

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540