IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

_Kaslis Wright_,
Plaintiff(s),

v.

_Hyundai Motor Manufacturing Alabama, LLC_
Defendant(s).

)  2008 AUG -5 A 10: 03
)
)  DEBRA P. HACKETT
)  U.S. DISTRICT COURT
)  MIDDLE DISTRICT ALA
)  CIVIL ACTION NO. 2:08-cv-61-SRW
)
)
)

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_July 28, 2008_
Date

_[Signature]_
Signature

_Defendant Hyundai Motor Manufacturing Alabama, LLC_
Counsel For (**print name** of all parties)

_Ogletree, Deakins, 1819 5th Ave. North, Birmingham, AL 35203_
Address, City, State Zip Code

_(205) 328-1900_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101

2