IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Karlis Wright                    ,            )  RECEIVED
_____                          )
        Plaintiff(s),                         )  2008 AUG 11 P 4:12
                                              )
v.                                            )  CIVIL ACTION NO. 2:08cv61-SRW
                                              )
Hyundai Motor Manufacturing                   )
Alabama, LLC                                  )
_____,                          )
        Defendant(s).                         )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_8/11/08_____              _K. Anderson Nelms by M_____ (WH1027)
Date                            Signature (ASB-6972-E63K) (w/ permission.) (ASB-0759-W68m)
                                         (NEL022)

_Karlis Wright_____
Counsel For (**print** name of all parties)

_2005 Cobbs Ford Rd; Pattville, AL 36066_
Address, City, State Zip Code

_334-351-1770_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101

2