IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KARLIS WRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08CV61-SRW |
| ) | (WO) |
| HYUNDAI MOTOR MANUFACTURING ) | |
| ALABAMA, LLC, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion entered on this date granting defendant's motion for summary judgment, it is the ORDER, JUDGMENT and DECREE of this court that judgment is entered in favor of defendant on plaintiff's claim of discrimination, and this action is DISMISSED. Costs are taxed against the plaintiff.

The Clerk is DIRECTED to enter this judgment on the docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done, this 16th day of November, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE